Barbara A. NYGARD, Plaintiff—
Appellant,

v.

CLARK COUNTY; Clark County Fire
Department, Defendants—
Appellees.

No. 04–15205.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 17, 2005.

Decided Nov. 3, 2005.

Kenneth J. Mckenna, Esq., Kenneth James McKenna, Inc., Reno, NV, for Plaintiff–Appellant.

David J.J. Roger, Esq., Eric G. Jorgeenson, Carolyn C. Campbell, Catherine

Jorgenson, Esq., Clark County District Attorney's Office, Las Vegas, NV, for Defendants–Appellees.

Before: TROTT and RYMER, Circuit Judges, and PLAGER,* Senior Judge.

ORDER **

Because the appellant's notice of appeal was not filed within 30 days after entry of judgment, we dismiss for lack of timeliness. Fed. R.App. P. 4(a)(1)(A).

APPEAL DISMISSED.

---

* The Honorable S. Jay Plager, Senior U.S. Circuit Judge for the Federal Courts sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

